Appellant.— Judgment and order reversed and new trial ordered, with costs to the defendant to abide event. Opinion by Daniels, J.

Leopold Loeb, Appellant, v. Augustus T. Chur and others, Respondents. —Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James A. Waddell, Respondent, v. Abraham Greenhall and another, Appellants. —Judgment reversed, and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

In the Matter of the Accountings of Executors and Executrix of Paran Stevens, Deceased.— Decree modified as directed in opinion, without costs to either party, and, as modified, affirmed. Opinion by Daniels, J.

In the Matter of the Accountings of Executors and Executrix of Paran Stevens, Deceased.— Appeal from order dismissed, without costs. Opinion by Daniels, J.

In the Matter of the Accountings of Executors and Executrix of Paran Stevens, Deceased.— Order reversed and decree modified so as to exclude the items from it upon which the referee has made and declared his decision, without costs to either party. Opinion by Daniels, J.

Samuel W. Nash, Jr., Respondent, v. The Silver Lake Ice Company, Appellant.—Order affirmed, with ten dollars costs and disbursements, on opinion of Ingraham, J.

The Mayor, etc., of the City of New York, Respondent, v. George Law and others, Appellants.— Judgment affirmed, with costs. Opinion Per Curiam.

William H. Hussey, Respondent, v. Weeks W. Culver and another, Appellants. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James W. Hill, Respondent, v. Margaret Haberkorn, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Bartlett, J.

Charles Hauselt, Appellant, v. David Bonner, Respondent, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Joshua Hendricks and others, Plaintiffs, v. Amos Morrill and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Charles E. Simmons, Appellant, v. John Bigelow and others, Respondents.—Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Charles Hauselt, Appellant, v. David Bonner, Respondent, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements, and motion to vacate taxation granted, without costs and without prejudice to the application suggested in opinion. Opinion Per Curiam.

Henry Degener, Appellant, v. Mary S. Stiles, Respondent, Impleaded, etc. — Order affirmed, with ten dollars costs and disbursements. Opinion Per Curiam.

Hermann Koehler, Appellant, v. The Farmers and Traders' National Bank, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Ichabod T. Williams and others, Plaintiffs, v. Charles C. Colby and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Van Brunt, P. J.

Lucy F. Wyman, Appellant, v. The Phœnix Mutual Life Insurance Company, Respondent. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinions by Van Brunt, P. J., and Daniels, J.

Henry W. Gray, Respondent, v. George T. Green, Appellant. —Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

James Lyle, Respondent. v. The Manhattan Railway Company, Appellant.—Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Alicia F. Goodwin and others, Respondents, v. Thomas O'Brien, Appellant. — Judgment affirmed, with costs. Opinion by Van Brunt, P. J.

Gerritt Smith, Respondent, v. Cornelius J. Dumond, Appellant. — Judgment reversed, new trial ordered, costs to appellant to abide event. Opinion by Van Brunt, P. J.

In the Matter of George Hoffman. — Order affirmed. Opinion by Bartlett, J.

In the Matter of Max Weil. — Order affirmed. Opinion by Bartlett, J.

In the Matter of the Application of Robert C. Reeves, Sole Executor, etc., of Abraham Denike, Deceased. — Decree reversed, so far as it directs the payment of $2,000 apiece to the residuary legatees; that portion thereof which fixes the referee's fees at $132.79 also reversed and the matter of the referee's fees remitted to surrogate for retaxation; in other respects decree affirmed, but the executor should be allowed his costs and disbursements on this appeal to be paid out of the estate. Opinion by Bartlett, J.

Elizabeth Fisher, Respondent, v. William Rankin, Appellant. — Motion for reargument granted.

John Hanson, Appellant, v. Burton G. Winton, Respondent. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Henry J. Burchell, Plaintiff, v. Susannah Osborne and others, Defendants. — Order of Special Term affirmed, so far as it awards the payment of the Fay mortgage, and in other respects reversed as directed in opinion. Opinion by Bartlett, J.

Julius Leszynsky, Respondent, v. Samuel H. Leszynsky, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Fritz Grossman, Respondent, v. Supreme Lodge, etc., Knights of Honor, Appellant. — Judgment and order affirmed, with costs. Opinion by Bartlett, J.

The Bowery National Bank, Plaintiff, v. Catharine Sniffen, Defendant.—Reargument ordered.

William D. Shipman and others, Respondents, v. The Bank of the State of New York, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Cullen, J.

James M. Horton, Respondent, v. William H. Childs, Appellant. — Reargument ordered.

Lewis J. Powers, Respondent, v. Henry D. Clarke, Appellant. — Judgment reversed and new trial ordered, with costs to the appellant to abide event. Opinion by Van Brunt, P. J.

Stephen L. Bartlett, Respondent, v. Edward Sutorius, Appellant. — Judgment reversed, and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Milton P. Palmer, Respondent, v. Mary A. Dunham and others, Appellants.— Decree modified as to require a bond in the penal sum of $50,000 instead of $25,000, and as thus modified affirmed, with costs. Opinion by Bartlett, J.

The People of the State of New York ex rel. Michael Monaghan v. Stephen B. French and others. — Proceedings affirmed and writ quashed, with costs. Opinion by Van Brunt, P. J.

Charles Wood, Appellant, v. William Mitchell, Respondent. — Order affirmed, with ten dollars costs and disbursements. Opinion by Macomber, J.

Louis Zimmer, Respondent, v. The Brooklyn Sub-railway Company, Appellant. — Judgment reversed and new trial ordered, with costs to appellant to abide event. Opinion by Van Brunt, P. J.

Eugene Kelly, Respondent, v. Jay Gould and others, Appellants. — Interlocutory judgment affirmed, with costs, upon opinion of court below, with leave to defendants to withdraw their demurrer and answer within twenty days.

on payment of the costs of the appeal and of the court below. Opinion *Per Curiam*.

John V. Lewis, Respondent, v. Wallace C. Andrews, Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

Jacob Scholle and others, Individually and as Executors, Respondents, v. The Mayor, etc., Appellant. — Judgment affirmed, with costs. Opinion by Bartlett, J.

## FOURTH DEPARTMENT, JULY TERM, 1889.

**Decisions handed down, July 20, 1889.**

The Central Trust Company of New York, Respondent, v. Syracuse and Binghamton Railroad Company, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Hardin, P. J. Mem. by Martin, J.

The Board of Health of the Town of Kortright, Plaintiff, v. Stephen Cease, Defendant. — Motion granted and a new trial ordered, with costs to abide the event. Opinion by Martin, J.

Hannah M. Van Epps, Respondent, v. Simon Clock and John Wells, Appellants. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Jacob Ackerman and others, Appellants, v. James O'Gorman, Respondent, Impleaded, etc. — Order reversed, with ten dollars costs and disbursements and motion of defendant denied. Opinion by Merwin, J.

Charles H. Hart, Respondent, v. John F. Ryan and others, Appellants. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

The People of the State of New York, Respondent, v. Stanley Morehouse, Appellant. — Judgment and order affirmed and the clerk directed to enter judgment and remit a certified copy with the return and decision of this court to the Court of Sessions of Chemung county, pursuant to sections 547 and 548 of the Code of Criminal Procedure. Opinion by Martin, J.

Augustus G. Wood and another, appellants, v. James Carleton, Respondent. — Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide the event. Opinion by Merwin, J.; Mem. by Hardin, P. J.

In the Matter of the Petition for the Sale of the Real Estate of David Merchant, Deceased, for the payment of debts and funeral expenses. — Decree of the surrogate of Oswego county modified, by reducing the debt of Warren Merchant, as fixed by the decree, to the sum of $727.21, and as so modified affirmed, without costs of this appeal to either party against the other. Opinion by Merwin, J.

Jacob Deach, Respondent, v. William H. Perry, Appellant. — Judgment reversed and a new trial ordered before another referee, with costs to abide the event, unless the plaintiff shall stipulate to reduce the report and judgment by striking out the sum of four dollars and fifty cents, and the interest thereon, from the date of the referee's report, in which event the report and judgment, as so modified, are affirmed, without costs of this appeal to either party. Opinion by Hardin, P. J.

John M. Olmstead, Respondent, v. Robert S. Rich and Stephen W. Rich, Appellants. — Judgment affirmed, with costs. Opinion by Merwin, J.

Mary Fox, Appellant, v. The Onondaga County Savings Bank, Respondent. — Judgment and order reversed on the exceptions and a new trial ordered, with costs to abide the event. Opinion by Hardin P. J.

Caroline C. Piper, Respondent, v. John L. Hoard, Appellant. — Judgment affirmed, with costs, on the opinion of Williams, J., delivered at Special Term.

Charles Cleveland, Respondent, v. The New Jersey Steamboat Company, Appellant. — Judgment and order affirmed, with costs. Opinion by Hardin, P. J.

Bernard Ryan, Respondent, v. Syracuse, Binghamton and New York Railroad Company, Appellant. — Judgment and order affirmed, with costs, on the opinion of Parker, J., delivered at Special Term.

Margaret Dexter, Respondent, v. Randolph Beard, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.; Merwin, J., not sitting.

Henri M. Braem and others, Appellants, v. The Merchants' National Bank of Syracuse, Respondent. — Judgment affirmed, with costs. Opinion by Martin. J.

Edwin Wallace and others, Appellants, v. James R. O'Gorman and others, Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.

Henry Mackey and another, Respondents, v. Julia A. Webb, Appellant. — Judgment of Jefferson County Court affirming the justice's judgment affirmed, with costs. Opinion by Martin, J.

James L. McMullin, Respondent, v. John Mackey, Appellant. — Judgment of the County Court of Jefferson county, and that of the Justices' Court, reversed, with costs. Opinion by Merwin, J.

Maria E Woodman, Respondent, v. Thomas D. Penfield, as Sheriff, Appellant. — Judgment affirmed, with costs. Opinion by Martin, J.

Lanie M. Petrie, Respondent, v. Morgan Petrie, Appellant, Impleaded, etc. — Order affirmed, with costs. Opinion by Merwin, J.

The Board of Supervisors of Oswego County, Respondent, v. Charles E. Betts, Appellant. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Eunice House, Appellant, v. Orlando Howell and others, Respondents. — Judgment affirmed, with costs. Opinion by Martin, J.

John Hastings, Respondent, v. The New York, Ontario and Western Railway Co., Appellant. — Judgment of the Delaware County Court affirmed, with costs. Opinion by Merwin, J.

Wesley B. Holmes and another, Appellants, v. Harvey Young, Respondent. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Charles H. Hudson, Respondent, v. James K. Spaulding and others, Appellants. — Judgment reversed on the exceptions and a new trial ordered before another referee, with costs to abide the event. Opinion by Merwin, J.

Henry R. Kenyon and George H. Kenyon, Respondents, v. Enoch Covert and Thomas G. Miller, Appellants. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

George W. Parshall, Respondent, v. Mary Ann Smith, Appellant. — Judgment of the County Court of Otsego county, affirming the justice's judgment, affirmed, with costs. Opinion by Martin, J.

Francis M. Robinson, Respondent, v. Charles W. Smith and another, Appellants. — Judgment affirmed, with costs. Opinion by Hardin, P. J.

Bernard H. Smith, Respondent, v. The City of Utica, Appellant. — Judgment of the County Court of Oneida county affirmed, with costs. Opinion by Martin, J.

George Van Gorden, Respondent, v. Allen B. Sackett, Appellant. — Judgment of the County Court of Schuyler county affirmed, with costs. Opinion by Merwin, J.

The People of the State of New York v. E. Remington & Sons (In the Matter of the Claims of Thomas Ringwood and others). — Order affirmed, with ten dollars costs and disbursements. Opinion by Martin, P. J.

James G. Kitchen, Appellant, v. Samuel S. Lowery and others, Respondents. — Judgment affirmed, with costs. Opinion by Merwin, J.